A. GEORGE GLASCO, SBN 065935
LAW OFFICES OF A. GEORGE GLASCO, P.C.
729 Mission Street, #300
South Pasadena, CA 91030
(626) 403-2288
FAX: (626) 403-2299

Attorneys for Plaintiff,
CLYDE BAILEY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLYDE BAILEY, JR. <br><br> Plaintiff, <br><br> vs. <br><br> CITY OF LOS ANGELES, LOS ANGELES POLICE DEPARTMENT, WILLIAM BRATTON (CHIEF OF LAPD), DOES 1 through 10, <br><br> Defendant(s) | Case No.: <br> CV08-2578 MMM (FMOx) <br><br> Judge: <br> HON. MARGARET M. MORROW <br><br> STIPULATION REGARDING VOLUNTARY DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER THEREON |

THE PARTIES HEREBY STIPULATE, by and through their respective attorneys of record, to the voluntary dismissal of the above-captioned case with prejudice. Each party is to bear its own costs:

STIPULATED AND AGREED:

DATED: February 2, 2008

A. GEORGE GLASCO, ESQ.
LAW OFFICES OF A. GEORGE GLASCO, P.C.
Attorney for Plaintiff,
CLYDE BAILEY, JR.

DATED: February 2, 2009

CRAIG MILLER
Deputy City Attorney
Attorney for Defendants,
CITY OF LOS ANGELES, et al.

**IT IS SO ORDERED:**

The parties having agreed and stipulated thereto, this case is hereby dismissed with prejudice.

Dated: _____

*Margaret M. Morrow*
HONORABLE MARGARET M. MORROW
United States District Judge

F:\CLIENTS\Bailey C\Stipulation re Dismissal.doc
Page 2 of 2

CV07-07856 MMM (AJWx)